KG/SKC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Jose Edelmin Suarez-Ramirez,
Petitioner,

v.

Eric Rokosky, et al.,
Respondents.

No. CV-26-06822-PHX-MAA

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) Petitioner alleges he entered the United States in 2015 and applied for a U Visa and was granted deferred action and work authorization through November 18, 2029, but in June 2026, Petitioner was redetained and has been held ever since without a bond hearing. Petitioner alleges the re-detention violates his Fifth Amendment rights, and he seeks release on the same conditions as before and an injunction against Petitioner's re-detention without a pre-deprivation hearing where the Government bears the burden of proof.

The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 4.) In the Response, Respondents state: "Respondents do not oppose the petition at this time." (Doc. 7.) The Court accepts this concession as non-opposition to granting the Petition.

. . . .

. . . .

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the Petition is denied as moot.

(2) Respondents must immediately **release** Petitioner from custody under the same conditions that existed before his detention.

(3) Respondents must provide a notice of compliance within **two days** of this Order.

(4) Absent a significant change in Petitioner's circumstances, Respondents and their agents are enjoined from re-detaining Petitioner without **seven (7) days** prior written notice and an opportunity for Petitioner to be heard by a neutral judge on the reasons for the re-detention and consideration of bond, at which hearing the government must bear the burden of demonstrating by clear and convincing evidence that Petitioner is likely to flee or pose a danger to the community if not detained.

(5) Any pending motions are **denied** as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 5th day of October, 2026.

Honorable Michael A. Ambri
United States Magistrate Judge